IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WESSON; THOMAS WOODS; and COMMONWEALTH SECOND AMENDMENT, INC.<br>Plaintiffs,<br><br>v.<br><br>TOWN OF SALISBURY, a municipal corporation; THOMAS FOWLER, Chief of the Town of Salisbury Department of Police; TOWN OF NATICK, a Municipal corporation; JAMES HICKS, Chief of the Town of Natick Department of Police.<br>Defendants | Docket No. 1:13-cv-10469 |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Now Come the Plaintiffs, Michael Wesson, Thomas Woods and Commonwealth Second Amendment, Inc., by and through undersigned counsel, and moves this Honorable Court for entry of a summary judgment in their favor and against Defendants pursuant to Fed. R. Civ. Proc. 56.

Plaintiffs move for entry of summary judgment on all claims as the material facts in this case are not in dispute, and Defendants have violated Plaintiffs' rights under the Second and Fourteenth Amendments to the United States Constitution.

The motion is made based upon the attached memorandum of points and authorities, exhibits, affidavits, separate statement of undisputed facts, any material in the Court's files, and any other relevant matter to be considered by the Court.

THE PLAINTIFFS,
Michael Wesson, Thomas Woods, Commonwealth Second Amendment, Inc.,
By their attorneys,

/s/ Jeffrey T. Scrimo
Jeffrey T. Scrimo
Lynch Scrimo—Attorneys
PO Box 1787
68 Main St., 2nd Floor
Lenox, MA 01240
BBO# 649864
(P) 413-637-1300
(F) 866-230-7304
Jeff@LenoxAttorney.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and served via email on this 28 of Feb, 2014.

/s/ Jeffrey T. Scrimo