IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WESSON; THOMAS WOODS; and COMMONWEALTH SECOND AMENDMENT, INC<br>Plaintiffs,<br><br>v.<br><br>TOWN OF SALISBURY, a municipal corporation; THOMAS FOWLER, Chief of the Town of Salisbury Department of Police; TOWN OF NATICK, a Municipal corporation; JAMES HICKS, Chief of the Town of Natick Department of Police.<br>Defendants | )<br>)<br>)<br>)<br>)<br>) Docket No. 1:13-cv-10469<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S WITHDRAWAL OF MOTION FOR ATTORNEY'S FEES, EXPENSES, AND COSTS

On April 30, 2014, Plaintiffs, Michael Wesson and Thomas Woods, through their attorney, filed a Motion for Attorney's Fees, Expenses, and Costs pursuant to 42 U.S.C. § 1988, 42 U.S.C. § 1983, and Federal Rule of Civil Procedure 54(d) (the "Motion"). *See* Doc. No. 54 in Civ. Act. No. 1:13-cv-10469. The parties have amicably resolved the Plaintiffs' request for attorney's fees, expenses, and costs. **Therefore, Plaintiffs hereby withdraw the Motion.**

Plaintiffs, By Their Attorney,
*/s/ Jeffrey T. Scrimo*
Jeffrey T. Scrimo
Lynch Scrimo—Attorneys
PO Box 1787
Lenox, MA 01240
BBO# 649864
Jeff@LenoxAttorney.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and served via email on this ___ of ____, 2014.

*/s/ Jeffrey T. Scrimo*